# ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 NOV 16 PM 12: 30

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| ROOSEVELT ANTHONY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | CIVIL ACTION NO. |
| v. | * | CV 106-146 |
| | * | |
| JOHN E. POTTER, Postmaster | * | |
| General, United States Postal | * | |
| Service, | * | |
| | * | |
| Defendant. | * | |

## O R D E R

On November 1, 2007, the captioned matter was dismissed without prejudice for Plaintiff's failure to prosecute. Specifically, the record contained no evidence that he had effected service of process, despite being given ample opportunity since the filing of his complaint on September 18, 2006.

On November 2, 2007, this Court received a letter from the United States Attorney for the Southern District of Georgia, explaining that the United States Postal Service had been served on September 4, 2007; however, Plaintiff apparently failed to file a proof of service with the Court. Further, in response to this Court's show cause order of

DHB (34)                                                           CCC:

October 11, 2007, Plaintiff sent a document entitled "SERVICE ORDER" to the local United States Postal Service office, again failing to file anything with this Court.

Under these circumstances, the Order of November 1, 2007 dismissing the case is hereby **VACATED**. Plaintiff is instructed to file his proof of service with the Clerk's office by November 30, 2007. Further, Defendant is hereby granted twenty (20) days from the date of this Order to file a responsive pleading to Plaintiff's complaint or any appropriate motion in lieu thereof.

**ORDER ENTERED** at Augusta, Georgia, this _____ day of November, 2007.

UNITED STATES DISTRICT JUDGE